UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

EROS GAS MIAMI, CORP
d/b/a U GAS,
    Defendant(s).

Case No: 22-cv-23541-RNS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, EROS GAS MIAMI, CORP, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Chad K. Lang |
| Glenn R. Goldstein (FBN: 55873) | Chad K. Lang, Esq. (FBN: 156922) |
| *Attorney for Plaintiff* | s/ Sergio J. Fernandez-Soto |
| Glenn R. Goldstein & Assoc., PLLC | Sergio J. Fernandez-Soto, Esq. (FBN: 1022507) |
| 8101 Biscayne Blvd., Ste. 504 | *Attorneys for Defendant Eros Gas Miami, Corp* |
| Miami, Florida 33138 | Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP |
| (305) 900-2373 | 1200 Brickell Avenue, Ste. 950 |
| GGoldstein@G2Legal.net | Miami, FL 33131 |
| | (305) 377-1000 |
| s/ Lauren N. Wassenberg | clang@smgqlaw.com |
| Lauren N. Wassenberg (FBN: 34083) | sfernandezsoto@smgqlaw.com |
| *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Assoc., P.A. | |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| (561) 571-0646 | |
| WassenbergL@gmail.com | |