UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

EROS GAS MIAMI, CORP
d/b/a U GAS,
    Defendant(s).

Case No: 22-cv-23541-RNS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendant, EROS GAS MIAMI CORP, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, EROS GAS MIAMI CORP, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Chad K. Lang
Chad K. Lang, Esq. (FBN: 156922)
s/ Sergio J. Fernandez-Soto
Sergio J. Fernandez-Soto, Esq. (FBN: 1022507)
   *Attorneys for Defendant*
Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado LLP
1200 Brickell Avenue, Ste. 950
Miami, FL 33131
(305) 377-1000
clang@smgqlaw.com
sfernandezsoto@smgqlaw.com